UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALERIE J. JURIK, MARK CURTIS, )<br>and AT HOME ASSESSMENTS, LLC, )<br>d/b/a/ SUNSTONE MEDICAL, LLC, )<br>)<br>Defendants. ) | No. 5:12-CV-460-F |

This matter is before the court *sua sponte*. In an Order filed on May 28, 2013 [DE-27], the court extended the deadline for the government to file an amended complaint in this matter, and explicitly warned the government that the failure to file an amended complaint on or before June 7, 2013, would result in the dismissal of this action with prejudice.

More than a month has passed since this deadline, and the government has yet to file an amended complaint. Therefore, in accordance with this court's May 28, 2013, Order, this action is DISMISSED WITH PREJUDICE.

SO ORDERED

This the 15th day of July, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge