UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>VALERIE J. JURIK, MARK CURTIS and AT )<br>HOME ASSESSMENTS, LLC, )<br>      Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:12-CV-460-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated May 3, 2013, Defendants Valerie Jurik and At Home Assessments, LLC's motion to dismiss is ALLOWED, and all claims asserted against these Defendants are DISMISSED without prejudice. The False Claims Act claim asserted against Defendant Mark Curtis is *sua sponte* DISMISSED without prejudice and within 21 days of the order of May 3, 2013, the Government may file an amended complaint consistent with the court's order if it so chooses.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that more than a month has passed since the deadline to file an amended complaint was extended to June 7, 2013 pursuant to the court's order *sua sponte*, on May 28, 2013. The Government has yet to file an amended complaint, therefore, in accordance with the court's May 28, 2013, Order, this action is DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on July 15, 2013, and Copies To:**

Neal Fowler (via CM/ECF Notice of Electronic Filing)
Brandon S. Neuman (via CM/ECF Notice of Electronic Filing)
Edward Hallett Maginnis (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>July 15, 2013 | JULIE A. RICHARDS, CLERK<br>  /s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |